# KEVIN T. CONWAY, ESQ.
## ATTORNEY AT LAW
## LICENSED IN
## N.Y., N.J., CT.

*80 Red Schoolhouse Road, Suite 110*           *c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC*
*Spring Valley, NY 10977*                                *500 Frank W. Burr Blvd., Ste. 31*
*Tel: (845) 352-0206*                                         *Teaneck, NJ 07666*
*Fax: (845) 352-0481*                                        *Tel: (201) 928-1100*

July 24, 2019

The Honorable Judge Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

        Re:    <u>United States of America v. Hector May</u>
                SDNY Case No. 7:18-cr-00880-VB

Dear Judge Briccetti:

    I am counsel to the Defendant in the above-referenced matter.  The Defendant is being sentenced before this Court on July 31, 2019.  The Defendant's Sentencing Memorandum and accompanying Exhibits [CM/ECF 25] were filed with this Honorable Court on July 23, 2019 and said documents are temporarily being kept under seal while awaiting a letter from defense counsel requesting permission for same.

    Defendant is herein respectfully requesting that his Sentencing Submission [CM/ECF 25] be kept under seal and/or with restricted access to the parties, as the report contains personal and confidential information with regard to the Defendant's medical records and family information.  Should the Court not be able to grant Defendant's request to keep Defendant's Sentencing Memorandum under seal, defense counsel will re-file said documents redacting any personal information contained therein.

1

WHEREFORE, Defendant respectfully requests that this Court grant the relief requested herein by the Defendant.

                                                     Respectfully Submitted,

By:   /s/ *Kevin T. Conway*
       Kevin T. Conway (KC-3347)
       80 Red Schoolhouse Road, Suite 110
       Spring Valley, NY 10977
       T: (845) 352-0206
       F: (845) 352-0481
       Email: kconway@ktclaw.com
       *Attorney for Defendant*

cc: Margery Feinzig, Esq., AUSA

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system and via e-mail.

By:   /s/ *Kevin T. Conway*
       Kevin T. Conway (KC-3347)