UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

HECTOR MAY,
                        Defendant.
-----------------------------------------------------------x

**ORDER**

18 CR 880 (VB)

10/27/22

Copies Mailed/Faxed 10/27/22
Chambers of Vincent L. Briccetti

      By motion dated October 13, 2022 (Doc. #44), defendant seeks an order "correcting" the Amended Judgment in this case.

      By November 17, 2022, the government shall file a response to the motion.

      Chambers will mail a copy of this Order to defendant at the following address:

Hector May, Reg. No. 86417-054
USP Canaan
U.S. Penitentiary
P.O. Box 3000
Waymart, PA  18472

Dated: October 27, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge