UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :     **ORDER**
v.                                         :
                                           :     18 CR 880 (VB)
HECTOR MAY,                                :
                     Defendant.            :
--------------------------------------------------------------x

*Copies Mailed/Faxed 3/6/23*
*Chambers of Vincent L. Briccetti*

     By letter dated March 3, 2023, the government requests that the Court enter an amended order of restitution that reflects that certain victims have received payments from defendant's former supervising broker-dealer. The government does not seek to alter defendant's obligation to pay the amount of restitution originally imposed.

     Since defendant has recently made pro se submissions to the Court, it is necessary that the government's request be provided to defendant personally as well as to defendant's former counsel, Kevin T. Conway, Esq. The government's letter does not indicate whether a copy has been sent to defendant or to Mr. Conway.

     Accordingly, by March 7, 2023, the government shall (i) mail to defendant (and email to Mr. Conway) a copy of its March 3 letter and attached proposed amended order of restitution, including the amended schedule of victims, and (ii) file proof of service of same on the ECF docket.

     By March 21, 2023, defendant may, if he wishes to do so, file a response to the government's letter.

     Chambers will mail a copy of this Order to defendant at the following address:

Hector May, Reg. No. 86417-054
USP Canaan
U.S. Penitentiary
Satellite Camp
P.O. Box 200
Waymart, PA  18472

Dated: March 6, 2023
      White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge