UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3/27/23

United States of America

v.

HECTOR MAY,

                Defendant.

Amended Order of Restitution

18 Cr. 880 (VB)

Upon the application of the United States of America, by its attorney, DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, Vladislav Vainberg and Margery Feinzig, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts 1 and 2 of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** HECTOR MAY, the Defendant, shall pay restitution in the total amount of $8,041,233.17 to the victims of the offenses charged in Counts 1 and 2. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims. Any payments should be first applied toward the obligation to the individual victims of the offenses and only then to the broker-dealer organization listed last in the Schedule of Victims. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. While serving the term of imprisonment, the Defendant shall make installment payments as follows:

    The Defendant shall pay on a monthly basis no less than $4,500.00

3. **Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter,

specifically Vania Bell, who was convicted under docket 19 Cr. 550 (NSR). Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

4. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: White Plains, New York
3/27/2023

_____
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE